**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KAREN S. DEARMOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 13-0073-CG-M** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 8th day of January, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE