## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN S. DEARMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0073-CG-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant

Carolyn W. Colvin and against Plaintiff Karen S. Dearmond.

**DONE and ORDERED** this 8th day of January, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE